UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WU,<br><br>         Plaintiff,<br><br>    v.<br><br>D. ANTHONEY,<br><br>         Defendant. | No.  2:13-cv-1686 CKD P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.  Before the court is plaintiff's October 18, 2013 motion for reconsideration of the October 10, 2013 order dismissing this action for failure to state a claim upon which relief can be granted.

      Local Rule 305(c) provides: "Upon the entry of a final judgment in any action disposed of by a Magistrate Judge on consent of the parties under the authority of 28 U.S.C. § 636(c) and these Rules, an aggrieved party may appeal directly to the United States Court of Appeals for the Ninth Circuit in the same manner as governs appeals from any other final judgment of the Court." See Fed. R. Civ. P. 73(c).  Moreover, the undersigned's October 10, 2013 order is not "clearly erroneous or contrary to law."  See Local Rule 303(f).

1

Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motion for reconsideration (ECF No. 17) is denied.

Dated: October 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / wu1686.R60_consent