1

2

3

4

5

6

7

8                          UNITED STATES DISRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL WU,                              No.  2:13-cv-1686 CKD P

12              Plaintiff,

13       v.                                   ORDER

14   D. ANTHONEY,

15              Defendant.

16

17          On November 12, 2013, plaintiff filed a motion for rehearing and a motion to appoint

18   counsel.  This civil rights action was closed on October 10, 2013, and plaintiff's motion for

19   reconsideration of the judgment was subsequently denied.  Plaintiff is advised that documents

20   filed by plaintiff since the closing date will be disregarded, and no orders will issue in response to

21   future filings.

22   Dated:  November 21, 2013

23                                            _____
                                             CAROLYN K. DELANEY
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28   2 / wu1686.58

                                              1